IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | :    No. 1:16-cr-00082-YK |
| v. | : |
| | :    (Judge Kane) |
| WILLIAM CHANDLER AUGUSTA, et al., | : |
|    Defendants | : |

## ORDER

**AND NOW**, on this 8th day of January 2018, **IT IS ORDERED THAT** the motions to dismiss the Superseding Indictment filed by Defendants Scott Lane (Doc. Nos. 576, 577), Dylan Heatherly (Doc. Nos. 585, 586), and William Staples (Doc. Nos. 594, 595), are **DENIED**.

                                            s/Yvette Kane
                                            Yvette Kane, District Judge
                                            United States District Court
                                            Middle District of Pennsylvania