# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | No. 1:16-cr-00082-YK |
| v. | : | |
| | : | (Judge Kane) |
| **WILLIAM CHANDLER AUGUSTA, <u>et al.</u>,** | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, on this 8th day of January 2018, **IT IS ORDERED THAT** Defendants Scott Lane and William Staples' motions to suppress (Doc. Nos. 576, 591)[1], are **DENIED**.

---

[1] To clarify, this Order operates only as a denial of Defendant Lane's motion to suppress contained within his omnibus pretrial motion.