# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | No. 1:16-cr-82-8 |
| v. | : | |
| | : | **(Judge Kane)** |
| **WILLIAM STAPLES**, | : | |
| **Defendant** | : | |

# **ORDER**

**AND NOW**, on this 26th day of March 2019, upon consideration of Defendant William Staples ("Defendant")'s motion for judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29 (Doc. No. 885), and motion for a new trial pursuant to Federal Rule of Criminal Procedure 33 (Doc. No. 887), and in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT** Defendant's motions (Doc. Nos. 885, 887), are **DENIED**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania